37 So.3d 982 (2010)
Olga FLORES f/k/a Olga Lopez, Appellant,
v.
Ernesto LOPEZ, Appellee.
No. 3D09-2198.
District Court of Appeal of Florida, Third District.
June 30, 2010.
Armando Montalvo; Margaret Brodsky, Miami, for appellant.
Steven N. Abramowitz, for appellee.
Before SUAREZ, ROTHENBERG, and LAGOA, JJ.
SUAREZ, J.
Affirmed. See § 61.1301(b)(2), Fla. Stat. (2009); §§ 61.30(11)(a)(7), (11)(a)(11), Fla. Stat. (2009).